1
2
3
4

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

5  CONSERVATION CONGRESS,                      Case No. C 14-01979 TEH

6              Plaintiff,                       STIPULATION TO AMEND BRIEFING
                                                SCHEDULE AND [~~PROPOSED~~] ORDER
7       v.

8  TYRONE KELLEY ET AL,

9              Defendants.

10
11
12
13
14
15
16

17      WHEREAS, on September 23, 2014, the Initial Case management Conference for this

18  case was held, during which the Court adopted the parties' proposed briefing schedule;

19      WHEREAS, Federal Defendants lodged the administrative records on November 25,

20  2014 (ECF No. 26);

21
22      WHEREAS, pursuant to this schedule, Plaintiff's Motion for Summary Judgment is to be

23  filed by December 12, 2014;

24      WHEREAS, Federal Defendant U.S. Forest Service has discovered new information

25  within the area of the Kelsey Peak Timber Sale and Fuelbreak Project ("Kelsey Peak Project"),

26  the subject of this litigation;

27
28      WHEREAS, said new information resulted in the U.S. Forest Service amending the

**STIP. TO AMEND BRIEFING SCHEDULE**          **- 2 -**

Biological Assessment (BA) for this project and transmitting said Amended BA to Federal

Defendant U.S. Fish and Wildlife Service on or about November 25, 2014, pursuant to the

procedural requirements of Section 7(a)(2) of the Endangered Species Act;

WHEREAS, said new information may result in Federal Defendant U.S. Forest Service

making changes to the Kelsey Peak Project, and the transmittal of the Amended BA requires

further action by Federal Defendant U.S. Fish and Wildlife Service on this matter;

WHEREAS, Plaintiff has requested modification of the existing briefing schedule in

order to incorporate the new information and activities and to promote the efficient management

of this litigation so as to minimize potential duplication of efforts;

IT IS HEREBY STIPULATED AND AGREED:

1.     The parties have agreed to the following amended schedule for this case:

| | |
|---|---|
| 01/16/2015 | Plaintiff files Motion for Summary Judgment |
| 02/20/2015 | Federal Defendants file Opposition/Cross Motion for Summary Judgment |
| 03/13/2015 | Plaintiff files Opposition/Reply |
| 04/03/2015 | Federal Defendants file Reply |
| 05/4/2015 | Hearing on Cross Motions for Summary Judgment held at 10:00 a.m. (or as the Court so orders) |

2.     In addition, based on information currently available, Plaintiff will provide

Federal Defendants any amendments to pleadings by December 19, 2014. However, Plaintiff

reserves all rights to amend its pleadings should Federal Defendants make further changes to the

Kelsey Peak Project, decision documents, procedures, or any other action currently subject to

this litigation.

3.     Federal Defendants reserve all rights to oppose any proposed amendment or

supplementation of the Complaint and all defenses to any possible supplemented or amended

complaint.

STIP. TO AMEND BRIEFING SCHEDULE            - 3 -

1    4.    The parties move the Court to adopt the following amended schedule, which the

2    parties have negotiated in order to minimize the possibility that briefing on a motion for

3    preliminary injunctive relief will be required; to provide the Court with adequate time to consider

4    and rule on the issues in the case; and to permit resolution of the claims and defenses before the

5    beginning of the Forest Service's summer operating season. To this end, the parties have agreed

6    to an expedited briefing schedule on their cross motions for summary judgment and have

7    proposed a tentative hearing date of May 4, 2015, or at a date the Court so orders. The parties

8    request oral argument on their motions, and respectfully request a decision on this matter by July

9    1, 2015, should the Court's schedule allow it.

10    5.    Plaintiff agrees to provide Federal Defendants 14 days' notice before filing any

11    motion for preliminary injunction or other emergency injunctive relief, so that the parties may

12    attempt to negotiate an agreed schedule for such motion.

13

14    Respectfully submitted this 9th day of December, 2014.

15

16    */s/Brett M. Paben*
BRETT M. PABEN (Fla. Bar No. 0416045)

17    *Appearing Pro hac vice*
2015 Dilworth Road East

18    Charlotte, NC 28203
Phone: (850) 322-1447

19    Email: pabenlaw@gmail.com

20
RENÉ P. VOSS (Cal. Bar No. 255758)

21    15 Alderney Road
San Anselmo, CA 94960

22    Phone: (415) 466-9027
Email: renepvoss@gmail.com

23

24    *Attorneys for Plaintiff*

25

26    SAM HIRSCH
Acting Assistant Attorney General

27    Environment & Natural Resources Division

28

STIP. TO AMEND BRIEFING SCHEDULE        - 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/Tyler L. Burgess*
TYLER L. BURGESS (NC Bar No. 46989)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 7611
Washington, DC  20044-7611
Phone: (202) 616-4119
Fax: (202) 305-0506
Email: tyler.burgess@usdoj.gov

SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ANDREA GELATT, Cal. Bar No. 262617
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
PO Box 7611
Washington, DC  20044-7611
Phone: (202) 305-0210
Fax: (202) 305-0275
Email: andrea.gelatt@usdoj.gov

*Attorneys for Defendants*

[~~PROPOSED~~] ORDER

Based on the above stipulation of the Parties, IT IS SO ORDERED that the amended schedule is hereby adopted.

DATED:  __12/10/2014__

_____
United States District Judge

Judge Thelton E. Henderson

**STIP. TO AMEND BRIEFING SCHEDULE** - 5 -